

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2014

No. 04-14-00060-CR

John **DONOHUE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3514
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

Appellant John Donohue filed his appellant's brief on April 18, 2014. The court finds that appellant has flagrantly violated Rule 38.1 of the Texas Rules of Appellate Procedure by failing to cite to the appellate record. The Rules of Appellate Procedure require that factual and procedural assertions in the statement of the case, statement of facts, and argument of the brief be supported by references to the appellate record. *See* TEX. R. APP. P. 38.1(d), (g), (i). Appellant's brief does not contain any citations to the record.

We therefore **order** appellant to file an amended brief by **May 5, 2014**. If the amended brief does not correct the deficiencies listed above, we "may strike the brief, prohibit [appellant] from filing another, and proceed as if [he] had failed to file a brief." *See* TEX. R. APP. P. 38.9(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court